**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: NOMINATION PETITION OF     :   No. 134 EM 2016
JOHN H. MORLEY, JR. AS CANDIDATE    :
FOR THE DEMOCRATIC NOMINATION     :
FOR SENATOR IN THE GENERAL          :
ASSEMBLY FROM THE FIRST              :
SENATORIAL DISTRICT OBJECTION     :
OF: GAETANO PICCRILLI, MICHAEL     :
WEISS AND KAREN GREENBERG      :
                                       :
                                       :
PETITION OF: JOHN H. MORLEY, JR.    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 6th day of September, 2016, the "Motion for the Adjudication of

All Issues Appealed" is **DENIED**.